## IN THE CIRCUIT COURT OF THE 15th JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

TONYA ROBERTSON,        )    CASE NO.:
                                     )
       Plaintiff,         )
                                     )
vs.                              )
                                   )
BOARD OF COUNTY COMMISSIONERS )
PALM BEACH COUNTY,       )
                                   )
       Defendant.        )
_____/

### VERIFIED COMPLAINT

1.       Plaintiff, TONYA ROBERTSON, sues the Defendant, BOARD OF COUNTY COMMISSIONERS, PALM BEACH COUNTY, for violations of her rights under the Rehabilitation Act of 1973, 29 U.S.C. §701 et seq., and Title II of the Americans With Disabilities Act, . Plaintiff was employed by the Defendant as a Customer Specialist II until she was unlawfully terminated because she suffered from a disability and had requested a reasonable

### JURISDICTION AND VENUE

2.       This is an action for damages in excess of $50,000, exclusive of attorney's fees and costs.

3.       Venue is proper in this Court, because all acts complained of occurred in Palm Beach County, Florida.

### PARTIES

4.       Plaintiff is a natural person who resides in Palm Beach County, Florida and was an employee of the Defendant at all times relevant hereto.

1

5.      Defendant is a local governmental entity located in Palm Beach County, Florida and was Plaintiff's "employer" at all times relevant hereto for all purposes herein.

## FACTS

6.      Plaintiff is a disabled person within the meaning of the law in that she has one or more impairments that substantially limits one or more major life activities; has a history or record of such impairment and/or is perceived as having such an impairment, including severe depression and hypertension.

7.      Plaintiff made a complaint on or about December 11, 2019 in the form of grievance regarding a ten (10) day suspension for arriving to work nine (9) minutes late from lunch, attached as **Exhibit 1**. Plaintiff's grievance was rejected.

8.      Plaintiff was then subjected to a hostile work environment and retaliation for her filing her grievance. On January 17, 2020 she filed a Discrimination/Harassment/Retaliation Complaint form, attached as **Exhibit 2**, with the County.

9.      Plaintiff continued experiencing harassment, intimidation, and retaliation for filing her grievances and ultimately filed a third grievance with the County on January 31, 2020, attached as **Exhibit 3**.

10.      Plaintiff was given a notice for her first Pre-Determination Meeting on or about May 7, 2020, which was held on or about May 14, 2020.

11.      Plaintiff was given a notice for her second Pre-Determination Meeting on December 7, 2020. Plaintiff was terminated after this meeting.

12.      Plaintiff has suffered damages as a result of the retaliatory termination, including loss of pay and benefits; harm to her reputation; mental anguish; loss of the enjoyment of life and other

2

tangible and intangible losses, including loss of the potential for future career advancement.

## COUNT I: DISABILITY DISCRIMINATION AND RETALIATION

13.     Plaintiff realleges ¶¶1-12 herein.

14.     During the Covid19 epidemic,  Plaintiff was exposed to a person with Covid and her doctor recommended she isolate herself from other persons which was recommended and/or mandated by federal, State and County laws, rules and regulations.

15.     Because Plaintiff had allegedly exhausted her FMLA leave, she was terminated for missing additional time for following her doctor's medical advice to isolate due to exposure to Covid19.

16     Plaintiff was terminated from her employment as a Customer Service Specialist II because she requested additional time off due to her Covid19 exposure.

17.     Defendant has a policy that permits its employees to take additional time off, beyond that provided by the FMLA, for medical related reasons.

18.     Plaintiff was retaliated against for requestion additional time off, a form of reasonable accommodation, which the Defendant could have easily granted and which did not constitute an undue burden for the Defendant.

WHEREFORE, Plaintiff respectfully requests:

a)      An award of damages, including lost wages and benefits;

b)      Compensatory damages for mental anguish; loss of reputation; inconvenience; physical condition; loss of the enjoyment of life;

c)      Attorney's fees and costs;

d)      Equitable relief including a reinstatement to his prior position prior to being denied

3

promotional opportunities and subsequently constructively discharged; and

e)        Any other relief deemed just and proper, including declaratory relief that his rights

were violated by the Defendant.

**<u>JURY DEMAND</u>**

PLAINTIFF DEMANDS A JURY TRIAL ON ALL ISSUES SO TRIABLE.

I  DECLARE UNDER PENALTY OF PERJURY that the foregoing factual allegations are

true and correct to the best of my knowledge and belief.

TONYA ROBERTSON

Respectfully submitted,

ISIDRO M. GARCIA
Florida Bar No. 437883
GARCIA LAW FIRM, P.A.
120 S. Olive Avenue, Suite 401
West Palm Beach, FL 33401
Telephone:     (561) 832-7732
Telecopier:     (561) 832-7137
E-mail: isidrogarcia@garcialaborlaw.com
E service:eservice@garcialaborlaw.com
COUNSEL FOR PLAINTIFF

Dated: 12-5-24

4



HUMAN RESOURCES

2019 DEC 16  PM 12 53

PALM BEACH COUNTY

## PALM BEACH COUNTY EMPLOYEE GRIEVANCE FORM

NOTE:  BEFORE FILLING OUT THIS WRITTEN GRIEVANCE, CAREFULLY READ INSTRUCTIONS AS OUTLINED IN CHAPTER 7 OF THE MERIT SYSTEM RULES.

### (Please print very plainly or type)

NAME: Tonja Robertson   JOB TITLE/DEPARTMENT: Customer Service Spec II

MY GRIEVANCE IS AS FOLLOWS: I Tonja Robertson do not feel the action that was taken on retaliation but suspension was appropriate on being 2 minutes late from lunch back on November 1, 2019. It states I feld to notify my supervisor that I was late which is not true. When I came back from lunch not realizing that I was late I logged onto my computer looked at

I have discussed this matter with my immediate supervisor, and I am not satisfied with his/her response, and therefore, I hereby request the Department of Human Resources to review my grievance to determine if the issue involved is grievable under the Palm Beach County Merit System rules. *(The employee must submit the grievance to the Human Resources Director within five (5) working days of the event giving rise to the grievance.)*

Signature Tonja Robertson   Date 12/11/2019

The above grievance has been reviewed by the Department of Human Resources, and is Accepted_____ Rejected_____ *for processing through the grievance procedure.

Signature _____   Date 1/13/2020

Date :( returned to employee from Human Resources) 1/13/20 Signature _____

*The above grievance has been rejected for the following reason(s):_____

MS #213     Rev. 2/07

NOT A CERTIFIED COPY

EXHIBIT
1

the managers Portal Knowing I had
gone to lunch later than my Scheduled
time because I was wrapping up a call.
My Scheduled lunch time us 12:30-1:30
Monday through friday. I then saw an
email from my Supervisor with a
Screen shot of my time on the
managers Portal. I immediately went
Into Shaketra's office distraught
Stating I was sorry and that I
did not know exactly what time I
had gone but I did realize it was
after 12:30 and that I take responsibily
for that. I then asked her how did
She want me to enter my time in HRIS
as Sick or Vacation. I then went back
to my desk as I was going back to
my desk a representative asked what
was wrong I told her that I was
late returning from lunch and did not
realize it and I had so much on my
mind and that I was basically
riding around and I could have been
back I have a watch and a Phone and
that I have never done that before.
While back at my desk my Supervisor
Shaketra and continued our Conversation
Via email as I continued to complete
my work. I was asked if I had

called the sick line I stated ND
and asked at that time should I
call after sometime while working
She emailed me "yes" Never stating
it had to be immediately. In the
past if I would be late returning
or think I might be cutting it close
to arriving at anytime whether I
make it ontime I call the sick line
to notify them. So the basis
that this extreme and hard suspension is
based false and not warranted stating that
I failed to notify my supervisor and
call the sick line. I take my Job
and all Company Policies and merit
rules serious and in no shape
or form do I try and defraud the
merit rules nor the Company that I
have Great respect for. So I'm asking
that this Grievance be taken
seriously and weighed on all the
facts of this situation and nothing
else. I feel it this suspension
was warranted why did it take over
a month to be handed down. The
day prior to the suspension I
received a call back from Mr. Wayne
Landry while at my desk I spoke to
him via my cell while at my desk

All my conversations can be heard via recording once Mr. Condry stated I was breaking up I went to my supervisor and advised her I had to take the call from HR even though she knew because my area has a recorder then based on what Mr. Condry and I discussed which had to do with time the next day I'm hit with this extremely harsh punishment, so I'm asking again please base it on the facts for this particular incident only anyone can see this was not warranted.

Thank you,

Tonya Robertson

Tonya Robertson

NOT A CERTIFIED COPY

## STEP I

**IMMEDIATE SUPERVISOR ANSWER:** _See attached. (Grievance Rejected)_

Signature _Ronnoslowh Allman (l)_     Date Received _1/14/2020_
                                        Date Answered _1/21/2020_

**I (am)_____(am not)_____satisfied with the answer given by my Immediate Supervisor and (wish)_____(do not wish)_____to have my grievance heard by the Division Head.**

Signature_____ Date Received_____
                                        Date Answered_____

## STEP II

**DIVISION HEAD ANSWER:**_____

Signature_____ Date Received_____
                                        Date Answered_____

**I (am)_____(am not)_____satisfied with the answer given by my Division Head and (wish)_____(do not wish)_____to have my grievance heard by the Department Head.**

Signature_____ Date Received_____
                                        Date Answered_____

## STEP III

**DEPARTMENT HEAD ANSWER:**_____

Signature_____ Date Received_____
                                        Date Answered_____

**I (am)_____(am not)_____satisfied with the answer given by my Department Head and (wish)_____(do not wish)_____to have my grievance heard by the Grievance Committee.**

Signature_____ Date Received_____
                                        Date Answered_____

MS #213     Rev. 2/07

NOT A CERTIFIED COPY

I, Ronneshia Williams (Manager, Utility Customer Service) met with the employee (Tonya Robertson) on Tuesday, January 14th regarding her employee grievance received. The employee felt that disciplinary action given was too harsh where instead she should have received a written reprimand or verbal warning. The employee understood that it was her responsibility to call the sick line and stated that she knows the correct protocol that should have been followed. The employee is currently in the progressive disciplinary stage and was disciplined accordingly per the County's Merit Rule 7 (6-10 day suspension), therefore a written reprimand cannot be granted. The above grievance has been rejected.

*Written Reprimand: 5/30/19 (Attendance)

*Suspension: 10/15/19 (Attendance; 2 Days)

*Suspension: 12/9/19 (Failure to follow instructions and Attendance; 10 Days)

Signature: _Ronneshia Williams_          Date: _January 21, 2020_

NOT A CERTIFIED COPY

**NOTIFICATION AND ACKNOWLEDGMENT OF VIOLATION OF RULES AND REGULATIONS**
**PALM BEACH COUNTY**

(The following employee is hereby notified of a violation of Rules and Regulations)

EMPLOYEE:  Tonya Robertson                    JOB TITLE: Customer Service Specialist II

DEPARTMENT:  Water Utilities                   DATE: December 9, 2019

DIVISION:  Customer Service                    STATUS: ■ PERMANENT ☐ PROBATIONARY

**OFFENSE OF CONDUCT**:  Violation of Merit Rule 7.02, #2- Failure to follow instructions or directions and Merit Rule 7.02-#33; Violation of other rules, regulations or policies such as departmental policies – WUD Attendance Policy, WUD-P-001.

**DESCRIPTION OF INCIDENT OF OFFENSE (INCLUDE DATE OF OFFENSE)**: On 11/4/2019, Ms. Robertson failed to follow directions when returning from lunch late without notifying the Attendance Line or her supervisor. She has been previously advised on two separate occasions (6/4 & 6/20,) as to following the proper procedure when she is returning late from lunch. On 11/4/19, Ms. Robertson arrived back from lunch 9 minutes late and neglected to call the Attendance Line to advise of her tardiness until 5 pm that day.  Failure to follow the proper procedure resulted in her supervisor being unaware of her return with no notification so that the supervisor could make alternate arrangements to ensure call center coverage.  There are two Customer Service Specialist II's (lead workers) and one has to be present at all times. Tonya's current schedule is 8:00 am to 5:00 pm with a 1-hour lunch which must be taken in a timely manner to ensure adequate staffing. Tonya is fully aware of these requirements since she successfully followed the proper procedure previously when returning to work tardy on 6/3/19.

This is also a violation of WUD-P-001 – WUD Attendance Policy. Employee received an attendance notification letter on 2/22/2019 for insufficient sick leave on 2/19 & 2/21 and each subsequent event is cause for progressive formal discipline. A written reprimand was given on 5/30/2019 for calling out with insufficient sick leave. She later was suspended on 10/16/2019 and since now incurred this tardy event on 11/4/2019.

ACTION TAKEN:
☐ WRITTEN REPRIMAND        ■ SUSPENSION:  10  (DAYS/HOURS)
FROM: DATE/TIME: 12/10/19 @ 8:03 am   TO: DATE/TIME: 12/23/19 @ 5:00 pm

CORRECTIVE ACTION RECOMMENDED:
1. Employee needs to ensure she is following all instructions.
2. Employee should make sure to arrive to work & back from lunch breaks as scheduled each day & on-time.
3. To prevent payroll errors, employee should notify the attendance line when she is arriving to work late.
4. Provide a copy of WUD's Attendance Policy, WUD-P-001 to ensure compliance.

SIGNED: _(for Manager Ronnesha Williams)_   12-9-19
         Supervisor                              Date

SIGNED: _[signature]_                          12/9/19
         Division Head                          Date

SIGNED: _[signature]_                          12-9-19
         Department Head                        Date

I acknowledge that I have been provided with a copy of this disciplinary action and that I have been advised of my grievance rights.

SIGNED: (refused to sign)                      12-9-19
         Employee                              Date

EMPLOYEE COMMENTS:
_____
_____
_____

DISTRIBUTION: ORIGINAL-HUMAN RESOURCES; copies to DEPARTMENT and EMPLOYEE



## DISCRIMINATION/HARASSMENT/RETALIATION COMPLAINT FORM

Instructions: Palm Beach County is committed to providing a work environment free from discrimination, harassment and retaliation. Palm Beach County's PPM CW-P-029 outlines the County's prohibitions against discrimination, harassment and retaliation. This policy can be found on the County Intranet under publications

This policy provide(s) mandatory procedure(s) [with several options for employees to report prohibited conduct. One option for reporting discrimination, harassment or retaliation is to complete this form and provide it to the Fair employment Programs. You are not required to use this form to file a complaint. However, you should read and be aware of the County's mandatory reporting procedures, whether you choose to use this form or not.

Any employee can report discrimination, harassment and retaliation, whether as a victim or a witness. Regardless of your experience with the discrimination, harassment or retaliation, it is important to be as specific as possible in your complaint so that the County can fully investigate the conduct and take prompt corrective action, as necessary. Include all known information about the complaint, including the identity of any witnesses with knowledge of the allegations or offenses and any other known evidence related to the complaint. You are not limited to the space provided. We encourage you to attach any additional materials that may assist us in investigating the claim. [This form must be signed and dated by you to be considered an official complaint. Although not encouraged because it limits our ability to verify the facts alleged in your complaint, you may submit this complaint anonymously.]

To investigate the complaint, The County will need to interview you, those subject to the alleged discrimination, harassment or retaliation (if not yourself), the alleged offender(s) and any known witnesses. However, we will notify all individuals involved that the investigation is confidential to the extent permitted by law and make clear that unauthorized disclosures could result in disciplinary action.

Employee Name: Tonya Robertson

Employee Title: Customer Service Spec II

Supervisor or Manager Name: Korreshia Williams

Supervisor or Manager Title:

Today's Date: 01-17-2020

[Incident Date/Period of Ongoing Incidents]: many years

Incident Time (if a single incident):

Incident Location (if a single incident):

EXHIBIT
2

**Basis of Discrimination:** (Check all that apply)

☐ Age (if you are 40 years of age or older)

☐ Race

☐ Color

☐ National Origin (includes country of origin, ethnicity, and accent)

☐ Religion (please specify          )

☐ Sex (includes sexual harassment)

☐ Sexual Orientation/Gender Identity

☐ Pregnancy

☐ Marital Status (includes single or married status)

☐ Disability (please select all that apply):

    ☑ I am a person with a disability   *Heart Problems, Suffers from Anxiety Severe Depression*

    ☐ I do not currently have a disability, but I had one in the past

    ☐ I do not have a disability, but my employer treats me as if I have a disability

    ☐ I do not have a disability, but I am associated with someone with a disability

    What is the disability/disabilities you believe is the reason for the adverse action taken against you?  Please list all that apply:

☑ Retaliation (select all that apply)

    ☑ I complained about discrimination to my employer based on a protected basis, and an action was taken against me.

    ☑ I filed a charge of discrimination or participated as a witness in a discrimination investigation, and an action was taken against me.

    ☑ I reported illegal activity on the part of my employer or I refused to participate in illegal activity on the part of my employer, and an action was taken against me.

☐ None of the above

☐ Other _____

NOT A CERTIFIED COPY

What occurred that you feel is discrimination?  Please check all that apply, and indicate when the action occurred.

| ACTION | First Date | Last Date |
|---|---|---|
| ☐ Refused to hire | | |
| ☐ Terminated / laid off | | |
| ☐ Demoted | | |
| ☑ Disciplined | | |
| ☑ Suspended | | |
| ☐ Sexually harassed | | |
| ☑ Harassed or intimidated | | |
| ☑ Denied training | | |
| ☑ Denied promotion | | |
| ☑ Denied leave time or other benefits | | |
| ☐ Paid lower wages than other workers with same title | | |
| ☑ Received different or worse job duties than other workers in same title | | |
| ☐ Denied an accommodation for disability or pregnancy | | |
| ☐ Denied an accommodation for religious practices | | |
| ☐ Received a negative performance evaluation | | |
| ☐ Forced to resign because of discriminatory treatment | | |
| ☑ Other: | | |

Denied leave time or other benefits — Benefits was cancelled - all my Fm Hars were used when I called out sick

Received different or worse job duties — I was asked to take calls all day and he was not advised the same, others wl be in special project while I was taking calls

Forced to resign because of discriminatory treatment — Have not yet but weighing my options

Other: Employers telling me why don't I quit so I won't lose my retirement rather than let them fire me.

Identify the individual(s) who participated in discrimination, harassment or retaliation:

Tim Stiles, Stephanie Irish, Cynthia ___, James William Higgins, Shakeira Washington, Chris Castro, Janet Hernandez, Courtney Taylor

Identify the individual(s) subject to the alleged discrimination, harassment or retaliation:

Ramesha Williams, Shaketa Woodman, Scribble Twnman, Stephanie Curis Castro, Ellym Smitchell, Michael Godsey

Identify (to the best of your knowledge) when the discrimination, harassment or retaliation occurred. If it occurred over a period of time or continues to occur, identify that period of time:

Ongoing for years and still currently going on

Identify why you believe the discrimination, harassment, or retaliation occurred:

Because I ask questions to manage How and why I'm over looked for promotions and I went to the board of County Commisioners and met with Jim Stiles, Wendy Mundell & Debra West

Describe in detail the facts that form the basis of this complaint (attach additional sheets of paper if necessary):

The facts are, there is no such thing as a open door policy because if you ask questions you are trained upon as a troublemaker. I went to my immediate supervisor on several occasions. After speaking with her I made her aware that it would be going to the manager after speaking with the management the time with no resolution. I advised him that I would like to speak with the Director Jim Stiles He asked me if I would wait and let him see what he could do to resolution. I've met with Jim Stiles and Wendy Mundell NO resolution. I have applied for numerous positions within & outside Wud Never even got

Has anyone else witnessed the alleged conduct? To the best of your knowledge, please identify those individuals and describe their scope of knowledge of the alleged conduct:

Phyllis Kigler, Pablo Melle, Monica David, Laura Croshurne, Vanessa Buleshia, Cindy McGinnes, Stephen Brown, Margett Farrell, Lashonda Lacey, Amy McCurdy, Eludardo Espino,

Are you aware of any other evidence of the alleged conduct (for example, documents, e-mails, videotapes, audiotapes, or other records or materials that substantiate your

Yes, all calls are recorded. I have document I keep on a daily basis, emails thats can confirm

NOT A CERTIFIED COPY

complaint)? To the best of your knowledge, please identify and describe any and all existing evidence and attach any and all existing evidence in your possession to this complaint:

_____

_____

_____

_____

_____

Did you take any action to try to stop the alleged conduct? If so, please describe the action you took and what resulted:

Have met with every manager. Director, Supervisor, HR, Personnel, Florida Commission on Human Relations, Tallahassee Fl

Have you previously reported or complained about the alleged conduct or any other discrimination, harassment or retaliation while employed with Palm Beach County? If so, please identify the person you reported the conduct to, the date of the report and the resolution:

Yes. No resolution. Jim Stiles, Wendy Mundell, Debra West, Katrina Dunart, Chris Castra, Stephanie, Cynthia, Wayne Condry, Litanie,

How would you like to see the situation resolved?

I would like to see policies changed and the people that has contributed to my pain + suffering be held accountable for his / her actions, I want out of customer service do to my health conditions that has been caused by management, + this job, I would like this to be thoroughly investigated and not to to labeled as a troublemaker,

I acknowledge that I have read and understand the above information. I certify that to the best of my knowledge, the information I have provided on this form is accurate. I understand and acknowledge that a copy of this complaint and any attachments may be provided to the alleged offender(s). I also understand that this complaint and any attachments may be viewed by appropriate administrators and other witnesses involved in the investigation of this complaint. I am willing to fully cooperate in this investigation.

_____        01-17-2006
Employee Signature                      Date

_____        _____
Signature of Investigator Reviewing     Date
Complaint

NOT AN ACCEPTED COPY





## PALM BEACH COUNTY EMPLOYEE GRIEVANCE FORM

NOTE:   BEFORE FILLING OUT THIS WRITTEN GRIEVANCE, CAREFULLY READ INSTRUCTIONS AS OUTLINED IN CHAPTER 7 OF THE MERIT SYSTEM RULES.

**(Please print very plainly or type)**

NAME: Tonya Robertson   JOB TITLE/DEPARTMENT: Cst Svs Spec. II / WUD

MY GRIEVANCE IS AS FOLLOWS: Working in a very Hostile work environment, being bullied by management, Intimidation, Isolation diversion with other employees, withholding information, Vandalism personal items thrown in trash, cubicle work space vandalized, computer taken when out sick not advised by management advised by an employee.

I have discussed this matter with my immediate supervisor, and I am not satisfied with his/her response, and therefore, I hereby request the Department of Human Resources to review my grievance to determine if the issue involved is grievable under the Palm Beach County Merit System rules. *(The employee must submit the grievance to the Human Resources Director within five (5) working days of the event giving rise to the grievance.)*

Signature Tonya Robertson   Date 1/31/20

The above grievance has been reviewed by the Department of Human Resources, and is Accepted_____ Rejected_____ *for processing through the grievance procedure.

Signature_____   Date_____

Date :*( returned to employee from Human Resources)_____ Signature_____

*The above grievance has been rejected for the following reason(s):_____

_____

_____

_____

_____

MS #213      Rev. 2/07

EXHIBIT
3

NOT A CERTIFIED COPY

## STEP I

**IMMEDIATE SUPERVISOR ANSWER:**_____

_____

_____

_____

Signature_____    Date Received_____
                                     Date Answered_____

I (am)_____(am not)_____satisfied with the answer given by my Immediate Supervisor and (wish)_____(do not wish)_____to have my grievance heard by the Division Head.

Signature_____    Date Received_____
                                     Date Answered_____

## STEP II

**DIVISION HEAD ANSWER:**_____

_____

_____

Signature_____    Date Received_____
                                     Date Answered_____

I (am)_____(am not)_____satisfied with the answer given by my Division Head and (wish)_____(do not wish)_____to have my grievance heard by the Department Head.

Signature_____    Date Received_____
                                     Date Answered_____

## STEP III

**DEPARTMENT HEAD ANSWER:**_____

_____

_____

Signature_____    Date Received_____
                                     Date Answered_____

I (am)_____(am not)_____satisfied with the answer given by my Department Head and (wish)_____(do not wish)_____to have my grievance heard by the Grievance Committee.

Signature_____    Date Received_____
                                     Date Answered_____

MS #213    Rev. 2/07

**My Grievance is as follows:**

Working in a very Hostile work environment, being bullied by members of management over abusing their Power. Intimidation coming to my desk asking "Oh I see you decided to work today, Isolation, Diversion with other employees, withholding information, Vandalism personal items being thrown in the trash, work space Vandalized computer being removed while out sick not notified at my return by no one in management a coworker who was concerned notified me stated my computer had a virus. How so if a computer was shut completely off.

**Humiliation:** by management being introduced to new employees as the Fashionista which I took offense to when she introduced everyone else by name and provided their position and that is very unprofessional for someone who's in management.

**Psychological Harassment:** repetitively being asked to take phone calls while other's that are at a lower position are in Special Project doing things such as Arts and Crafts. They have attacked my Dignity and Psychological integrity, speaking as if I do not know my job making statements like: I like a fast learners, challenging everything that I say or decisions I make. Telling other members of management that I do not know my job and I'm old school. Due to Psychological Harassment it has resulted in High Blood Pressure, Anxiety, and Severe Depression which caused my Heart Attack that caused me to be hospitalized and causing me to take a lot of time off from work going to and from different Specialist that's diagnosing me with Mental Health Issues because of this job. I have to visit EAP on a weekly basis.

**Management:** has blocked my advancement and growth with the company unfairly by not promoting and being blocked from even getting interviewed. I sought out Palm Beach County to be my career job in which I was so excited and wanted to move up working for Palm Beach County. I reached out to Wendy Mundell and inquired about growth and asked how I join the 12 month Leadership Program in which I Successfully completed back in 2012. Management has hired family members that work under their leadership and made ways for family and friends to be given a position. I thought it was against County policy to have family members to work under your leadership. I have dealt with ███████████ and no resolution that made any sense to me. They avoid you so they do not have to speak making me making me feel I have no Worth.

**Revenge:** for asking questions when I thought the county has an open door policy in actionality they do not they hold it against you and label you as a Trouble Maker or a Complainer. They have told coworkers to stay away from me keeping Division among each other which has caused some coworkers to quit their job. I have been stopped from going to monthly Leadership meetings with no explanation. Afraid to give any opinion or ask questions because of the way I'm being treated.

**Power Harassment:** Excessive Demands that are impossible to meet. While in the middle of doing my daily work I'm asked to do many other duties while my counter partner with the same job title is not asked to do the same. Receiving text messages on my personal phone at night that I did not turn someone's water on when the customer request was in just waiting for the technician to arrive. I did not receive an apology for the inconvenience that had me worried and stressed out having Anxiety attacks. Coming by my desk several times a day trying to intimidate me.

**Pain and suffering:** This job has caused me so much pain and suffering trying to make me quit I will not quit my job that I have invested 16 years in that is not an option. I will continue until someone finally

want to take the time to listen and realize okay there is a problem and try and resolve it rather than jumping to conclusions as you did Mr. Condry when I spoke with you. I was given advice by you to go the Bully and ask WHY? Did you really want that and you didn't even know my mental state from enduring so much hurt and pain on this job. As we spoke I'm sure you heard me trying to fight back the tears as my voice trembled. I was also told by your secretary Shawn that you all had nothing to protect the employees so I had to go out and spend money to seek an Attorney that led me to believe she was not willing to listen as she had me to speak to three different people until my daughter spoke to your Boss Nancy Bolton and the Administrator Mrs. Baker. I really do thing could have been resolved if someone just had taken the time to listen.

**Unprofessionalism:** You have members of management walking around barefoot talking loud and laughing with certain employees.

**Soliciting:** You have members of management walking around selling goods in the office per the Merit System rules & Regulations that is prohibited.

It's easy to stand with a crowd but COURAGE TO STAND ALONE.

NOT A CERTIFIED COPY